UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SAUL LEFORT,<br><br>    Plaintiff,<br><br>  v.<br><br>ASSOCIATED CREDITORS EXCHANGE, INC.,<br><br>    Defendant. | **Case No.  1:10-CV-02706-NJV**<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

In light of the notice of settlement filed by Plaintiff on November 5, 2010, the case management conference set for November 9, 2010 and all related deadlines are hereby VACATED.

IT IS SO ORDERED.

DATED: November 8, 2010

_____
 The Honorable Nandor J. Vadas
 United States Magistrate Judge